

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| Phillip Frias, | § | No. 08-13-00325-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D03266) |
| | § | |

## ORDER

The Court previously abated the above styled and numbered cause pending the final resolution of 08-14-00014-CR, styled The State of Texas v. Phillip Andrew Frias. The opinion and judgment issued in that cause number on May 27, 2016 and the mandate issued on January 30, 2017. Therefore, the instant appeal is REINSTATED.

Further, on the Court's own motion, the Reporter's Record is now due to be filed in this Court no later than March 10, 2017.

IT IS SO ORDERED this 8th day of February, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.